**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE: REALPAGE, INC., RENTAL** | ) | **Case No. 3:23-md-3071** |
| **SOFTWARE ANTITRUST LITIGATION** | ) | **MDL No. 3071** |
| **(NO. II)** | ) | |
| | ) | **This Document Relates to: ALL CASES** |
| | ) | |
| | ) | **3:23-cv-00742** |

## ORDER

Plaintiff Joshua Kabisch has filed a Notice of Voluntary Dismissal of Claims against ConAm, Essex, Sherman and Windsor Without Prejudice (Doc. No. 713). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** against ConAm Management Corporation, Essex Property Trust, Inc., Sherman Associates, Inc., and Windsor Property Management Company. Claims against the remaining defendants remain pending.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE